# RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE September 9, 2007 at 2:45 P |
| NAME OF SERVER (PRINT) MICHAEL B. FIXMAN | TITLE Private Process Server |

Check one box below to indicate appropriate method of service

- [x] Served personally upon the defendant. Place where served: 60 Franklin St. Malden, MA 02148
  Accepted by PEDRO DESOUZA (Authorized to Accept Service)

- [ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
  Name of person with whom the summons and complaint were left: _____

- [ ] Returned unexecuted: _____

- [ ] Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on September 29, 2007

Signature of Server: Michael B. Fixman
72 Hancock St., Everett, MA 02149
Address of Server

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.