3-180370

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
CMA-CGM (AMERICA), INC.,                                            07 CIV. 7805 (CHIN)

                      Plaintiff,                                                       **STATEMENT**

     - against -

YARA NATURAL STONE
INTERNATIONAL, INC.,

                      Defendant.
-------------------------------------------------------------X

Principal Amount Sued For:

1. On the First Cause of Action..............................................$4,840.00
    Interest at 6% from September 6, 2004
    through October 22, 2007......................................................$908.59

Disbursements:

  Clerk's Fee.................$350.00
  Process Server..........$225.00

Total (as of October 22, 2007)...............................................$6,323.59

Dated: New York, New York
       October 22, 2007

                                        LAW OFFICES OF
                                        ALBERT J. AVALLONE & ASSOCIATES

                                        By_____
                                          Albert J. Avallone - AA1679
                                          Attorneys for Plaintiff
                                          CMA-CGM (AMERICA), INC.
                                          551 Fifth Avenue, Suite 1625
                                          New York, NY  10176
                                          (212) 696-1760