3-180370
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
CMA-CGM (AMERICA), INC.,

                        Plaintiff,

      - against -

YARA NATURAL STONE
INTERNATIONAL, INC.,

                        Defendant.
---------------------------------------------------------X

07 CIV. 7805 (CHIN)

**CLERK CERTIFICATE**

      I, J. MICHAEL McMAHON, Clerk of the United States District Court for the Southern District of New York, do hereby certify that the docket entries in the above entitled action indicate that the Summons and Complaint herein were filed on September 4, 2007, and that defendant YARA NATURAL STONE INTERNATIONAL, INC. was personally served with copies of the Summons and Complaint on September 9, 2007 by personal service on Pedro De Souza, person authorized to accept. I further certify that the docket entries indicate that the defendant has not filed an answer to the Complaint herein, and that the time to answer the Complaint has expired. The default of the defendant is hereby noted.

Dated: New York, New York
       October 26, 2007

                                          _____
                                          Clerk

                                  By _____
                                    Dep. Clerk