**MEMO ENDORSED**

3-180370
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
CMA-CGM (AMERICA), INC.,

                Plaintiff,

- against -

YARA NATURAL STONE
INTERNATIONAL, INC.,

                Defendant.
------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

07 CIV. 7805 (CHIN)

DEFAULT JUDGMENT

      This action having been commenced by the filing of a Summons and Complaint, and a copy of the Summons and Complaint having been served on defendant YARA NATURAL STONE INTERNATIONAL, INC. on September 9, 2007 by personal service on Pedro DeSouza, person authorized to accept, and proof of service having been filed, and the defendant not having answered the Complaint, and the time for answering the Complaint having expired,

      Now on motion of the Law Offices of Albert J. Avallone & Associates, attorneys for the plaintiff, it is

      ORDERED, ADJUDGED AND DECREED that the plaintiff CMA-CGM (AMERICA), INC. have judgment against defendant YARA NATURAL STONE INTERNATIONAL, INC. in the liquidated amount of $4,840.00, with interest at 6% from September 6, 2004 amounting to $908.59, plus the costs and disbursements of this action in the amount of $575.00, amounting in all to $6,323.59.

Dated: New York, New York
       October 31, 2007

                                        U.S.D.J.